**Order filed June 11, 2019**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00896-CV

———————

### CITY OF HOUSTON, ET AL, Appellants

### V.

### HOUSTON MUNICIPAL EMPLOYEE PENSION SYSTEM, Appellee

On Appeal from the 333rd District Court
Harris County, Texas
Trial Court Cause No. 2015-35252 & 2015-35252A

## O R D E R

Appellants' brief was due June 3, 2019**.** No brief or motion for extension of time has been filed.

Unless appellants file a brief with this court on or before **July 3, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM